# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICKY RICE**                                                                                          **PLAINTIFF**

**v.**                         **Case No. 1:12-cv-00040-KGB**

**KIMBERLY-CLARK CORPORATION**                                                   **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 22). Accordingly, this action is dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

SO ORDERED this the 20th day of November, 2013.

_____
Kristine G. Baker
United States District Judge